United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DANIEL R. L., | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00389 |
| | § | |
| WARDEN, EL VALLE DETENTION | § | |
| FACILITY, *et al.*, | § | |
| "Respondents." | § | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1), ("Petition"), Respondents' "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 9) ("MSJ"), Petitioner's "Response in Opposition to Motion for Summary Judgment" (Dkt. No. 10) ("Reply"), the Magistrate Judge's "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 11) ("R&R"), and "Petitioner's Objections to the Magistrate Judge's Report and Recommendation" (Dkt. No. 12) ("Objections").

The R&R recommends that the Court: (1) deny the Petition (Dkt. No. 1), (2) deny the MSJ (Dkt. No. 9) as moot, and (3) direct the Clerk of Court to close the case. Dkt. No. 11 at 1.

When a party objects to a magistrate judge's report and recommendation, the Court reviews the matter de novo. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court hereby **OVERRULES** Petitioner's Objections (Dkt. No. 12) and **ADOPTS** the R&R (Dkt. No. 11).

Accordingly, the Petition (Dkt. No. 1) is **DENIED** and the MSJ (Dkt. No. 9) is **DENIED** as moot. The Clerk of the Court is **INSTRUCTED** to close the case.

SIGNED this July 6, 2026

_____
Rolando Olvera
United States District Judge